UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| OUK SAN,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 1:11-CV-01211-BAM<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF |

   Based on the stipulation of the parties, and for good cause shown, the Court GRANTS Defendant's request for a 30 day extension to file his responsive brief. Defendant shall file his responsive brief no later than May 21, 2012. The Court further orders the Scheduling Order previously set in this case (Doc. No. 5) be modified accordingly.

   IT IS SO ORDERED.

   Dated:   April 24, 2012              /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE