```
1   Ann M. Cerney, SBN: 068748
    Attorney at Law
2   45 Hunter Square Plaza
    Stockton, California  95202
3   Telephone: (209) 948-9384
    Facsimile:  (209) 948-0706
4
    Attorney for Plaintiff
5
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUK SAN, | CASE NO. 1:11-CV-1211-BAM |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S RESPONSIVE BRIEF** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

## ORDER

Before the Court is the parties' stipulation to extend the deadline for Plaintiff to file a reply brief to Defendant's responsive brief. (Doc. 18) This is Plaintiff's first request for a time extension and the parties complied with Local Rule 144(d) by making their request well before June 5, 2012, the required filing date.  Therefore,  the Court **GRANTS** the stipulation. Plaintiff shall file her reply brief on or before **June 26, 2012.** Although the Court granted this request in this instance, the Court **ADMONISHES** the parties that future requests for time extensions that fail to articulate any basis that establishes good cause for the request will be denied.

IT IS SO ORDERED.

Dated:   May 25, 2012              /s/ **Barbara A. McAuliffe**
                                   UNITED STATES MAGISTRATE JUDGE