**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

OUK SAN,                                    CASE NO. 1:11-CV-1211-BAM

                          Plaintiff,        **ORDER EXTENDING PLAINTIFF'S**
                                            **TIME TO FILE A REPLY BRIEF**
vs.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
Defendant.
                          Defendant.
_____/

          Currently pending before the Court is Plaintiff's Motion for Attorney fees. (Doc. 23.)

Defendant filed an opposition on August 8, 2013. (Doc. 24.) The parties have stipulated to

permit Plaintiff an extension of time to file a reply brief. (Doc. 25.) Based on the stipulation of

the parties, and for good cause shown, the parties' stipulation is approved. Plaintiff shall have up

to and including **September 13, 2013** to file her reply brief.

          IT IS SO ORDERED.

Dated:   September 4, 2013              _____/s/ Barbara A. McAuliffe_____
                                       UNITED STATES MAGISTRATE JUDGE

1