**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OUK SAN,<br><br>          Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>Defendant.<br>          Defendant.<br>_____/ | CASE NO. 1:11-CV-1211-BAM<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A REPLY BRIEF** |

Currently pending before the Court is Plaintiff's Motion for Attorney fees. (Doc. 23.) Defendant filed an opposition on August 8, 2013. (Doc. 24.) The parties have stipulated to permit Plaintiff an extension of time to file a reply brief. (Doc. 25.) Based on the stipulation of the parties, and for good cause shown, the parties' stipulation is approved. Plaintiff shall have up to and including **September 13, 2013** to file her reply brief.

IT IS SO ORDERED.

Dated:   September 4, 2013                         /s/ Barbara A. McAuliffe
                                                                 UNITED STATES MAGISTRATE JUDGE